IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NICOLE SISLER, | Civil Action |
| Plaintiff, | No. 22-1233 |
| v. | Judge Colville |
| PAIN AND SPINE SPECIALISTS OF PENNSYLVANIA, | |
| Defendant. | JURY TRIAL DEMANDED |

## STIPULATION FOR DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Nicole Sisler and Defendant, Pain and Spine Specialists of Pennsylvania that the above-captioned action is voluntarily dismissed, with prejudice, and with each party to bear his or its own costs and attorneys' fees, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Dated: June 5, 2023                                           Respectfully submitted,

/s/ Ryan M. Carroll                                           /s/ Kelly L. Mistick
Ryan M. Carroll                                               Marla N. Presley
PA I.D. 205851                                                Kelly L. Mistick
Edgar Snyder & Associates, LLC                                Michael J. Roche
US Steel Tower, 10th Floor                                    Jackson Lewis
600 Grant Street                                              Liberty Center
Pittsburgh, PA 15219                                          1001 Liberty Avenue, Suite 1000
(412) 394-4496                                                Pittsburgh, PA 15222
(412) 391-2180 (Fax)                                          (412) 232-0404
rcarroll@edgarsnyder.com                                      (412) 923-4160 (Fax)
                                                              Marla.presley@jacksonlewis.com
Attorney for Plaintiff                                        Kelly.mistick@jacksonlewis.com
                                                              Michael.roche@jacksonlewis.com

                                                              Attorneys for Defendant


AND NOW, this 5th day of June, 2023,
it is so ordered.

/s/Robert J. Colville
United States District Judge